# Exhibit A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>440-2020-06968 |
|---|---|---|

**ILLINOIS DEPARTMENT OF HUMAN RIGHTS** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**MS. MICHELE CAVER** | Home Phone<br>**(773) 331-3697** | Year of Birth<br>**1966** |
|---|---|---|

Street Address / City, State and ZIP Code
**647 KNOLLS ST W, DEKALB, IL 60115**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**UNION PACIFIC RAILROAD** | No. Employees, Members<br>**501+** | Phone No.<br>**(815) 561-2512** |
|---|---|---|

Street Address / City, State and ZIP Code
**2701 INTERMODAL DRIVE, DEKALB, IL 60115**

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address / City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| [X] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN<br>[ ] RETALIATION [X] AGE [ ] DISABILITY [ ] GENETIC INFORMATION<br>[ ] OTHER (Specify) | Earliest: **09-24-2020** Latest: **09-24-2020**<br>[ ] CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**I began my employment with Respondent in or around July 2008. My most recent position was Manager-Train Operations. On or about September 24, 2020, I was discharged for an incident while younger, male, non-Black employees were not discharged for the same or similar incident.**

**I believe that I have been discriminated against because of my age, 53 (YOB: 1966), in violation of the Age Discrimination in Employment Act of 1967, as amended.**

**I believe that I have been discriminated against because of my sex, female, and race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Michele Caver on 11-30-2020 01:26 PM EST** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |